

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-13-00019-CV

_____

JOHN EDWARD BEEZLEY, Appellant

V.

SUE MCCLURE AND ROBERT L. MCCLURE, JR., Appellee

_____

On Appeal from the 62nd District Court
Hopkins County, Texas
Trial Court No. CV 39,927

_____

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Chief Justice Morriss

# MEMORANDUM OPINION

John Edward Beezley, appellant, filed his notice of appeal March 19, 2013. The clerk's record in this matter was due to be filed with this Court on or before April 19. On April 18, the Hopkins County District Clerk informed this Court that Beezley had neither paid for nor made arrangements to pay for the preparation of the clerk's record.

Beezley is not indigent and is, therefore, responsible for payment of the clerk's record. *See* TEX. R. APP. P. 20.1, 35.3(a)(2), (b)(3), 37.3(b). By letter dated May 20, 2013, and pursuant to Rule 37.3(b) of the Texas Rules of Appellate Procedure, we provided Beezley notice of and an opportunity to cure this defect. Further, we warned Beezley that, if we did not receive an adequate response to our defect letter within ten days, this appeal would be subject to dismissal for want of prosecution. *See* TEX. R. APP. P. 42.3(b), (c).

We have not received the clerk's record and have heard nothing from Beezley. Pursuant to Rule 42.3(b) of the Texas Rules of Appellate Procedure, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b).

Josh R. Morriss, III
Chief Justice

Date Submitted: July 22, 2013
Date Decided: July 23, 2013

2